UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00023-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DAEL JONNI MELENDEZ-CHAPAS, a/k/a Yovany Melendez-Chapas, a/k/a Dale
Melendez, a/k/a Joel Conaca, a/k/a Joel Canaca, a/k/a John Alexander, a/k/a Johnnie
Melendez-Rodriguez, a/k/a Giovanni Dael Melendez-Chapas,

      Defendant.

---

## ORDER

---

     This matter is before the Court upon a review of the file.  To ensure that all
pre-trial phases of the case are complete before the commencement of the jury trial, it is

     ORDERED that all pretrial motions shall be filed by **Monday, March 14, 2011,**
and responses to these motions shall be filed by **Wednesday, March 23, 2011.**  It is

     FURTHER ORDERED that a hearing on all pending motions, if any, and final trial
preparation conference will not be set at this time.  Should a hearing become
necessary, the parties shall contact Chambers.  It is

     FURTHER ORDERED that a 3-day jury trial is set for **Monday, April 4, 2011, at
9:00 a.m. in courtroom A-1002.**

Dated:  February 1, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge