UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00023-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DAEL JONNI MELENDEZ-CHAPAS, a/k/a Yovany Melendez-Chapas, a/k/a Dale Melendez, a/k/a Joel Conaca, a/k/a Joel Canaca, a/k/a John Alexander, a/k/a Johnnie Melendez-Rodriguez, a/k/a Giovanni Dael Melendez-Chapas,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict, the Change of Plea Hearing set for Friday, April 22, 2011, at 10:00 a.m. is **RESET** to **Wednesday, April 20, 2011, at 2:00 p.m.** in Courtroom A-1002.

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

      Dated:  April 4, 2011