UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00023-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DAEL JONNI MELENDEZ-CHAPAS, a/k/a Yovany Melendez-Chapas, a/k/a Dale
Melendez, a/k/a Joel Conaca, a/k/a Joel Canaca, a/k/a John Alexander, a/k/a Johnnie
Melendez-Rodriguez, a/k/a Giovanni Dael Melendez-Chapas, a/k/a Jovani Melendez-
Chapas,

      Defendant.

---

**ORDER**

---

      Pursuant to the record made at the change of plea hearing on April 20, 2011, it is

hereby

      ORDERED that the caption shall be amended to include the a/k/a Jovani

Melendez-Chapas for the Defendant Dael Jonni Melendez-Chapas.

      Dated this 25th day of April, 2011.

                          BY THE COURT:


                          s/ Wiley Y. Daniel
                          WILEY Y. DANIEL,
                          CHIEF UNITED STATES DISTRICT JUDGE